BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MACIAS-DONATO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00399 LHK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| BENJAMIN MACIAS-DONATO, | |
| Defendant. | |

## **STIPULATION**

Defendant Benjamin Macias-Donato, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Carolyne Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, November 16, 2011, at 10:00 a.m., shall be continued to Wednesday, December 14, 2011, at 10:00 a.m.

The reason for the requested continuance is both parties require additional time to effectively prepare. The parties therefore respectfully request a continuance to December 14, 2011.

The parties agree that the time between November 16, 2011, and December 14, 2011,

may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by both counsel.

Dated: November 7, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 7, 2011

_____/s/_____
CAROLYNE SANIN
Special Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Wednesday, November 16, 2011, shall be continued to Wednesday, December 14, 2011, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between November 16, 2011, and December 14, 2011, would unreasonably deny both counsel for the government and the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between November 16, 2011, and December 14, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between November 16, 2011, and December 14, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 11/8/11

_____
THE HONORABLE LUCY H. KOH
United States District Judge